[No. 17604-1-II.    Division Two.    May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JON ANTHONY BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-01416-5, Barbara D. Johnson, J., entered October 21, 1993. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 19069-9-II.    Division Two.    May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL R. BRIDGES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00716-9, Richard D. Hicks, J., entered January 19, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.

[Nos. 19552-6-II; 20707-9-II.    Division Two.    May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY H. FROGGATT, *Appellant*.

*In the Matter of the Personal Restraint of* STANLEY H. FROGGATT, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00862-3, Leonard W. Kruse, J., entered June 2, 1995 together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Wood, J. Pro Tem., concurred in by Morgan and Seinfeld, JJ.